UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                          Case No. 15-37453
    Daniel Campbell
    Ziyetta M Campbell
          Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/02/2015.

2) The plan was confirmed on 04/08/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/11/2016, 11/14/2016.

5) The case was dismissed on 01/06/2017.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,656.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,480.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,480.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $849.25 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $205.24 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,054.49

Attorney fees paid and disclosed by debtor:   $440.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIANT CREDIT UNION | Unsecured | 855.08 | 8,550.84 | 8,550.84 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 57.32 | 2,809.70 | 2,809.70 | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 1,950.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GLOBAL LENDING SERVICES | Secured | 23,598.40 | 23,598.40 | 23,598.40 | 2,155.35 | 390.65 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 3,000.00 | 4,527.00 | 4,527.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 651.18 | 879.51 | 879.51 | 879.51 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,261.74 | 12,823.84 | 12,823.84 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 750.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 497.51 | 4,975.09 | 4,975.09 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 163.25 | 1,632.18 | 1,632.18 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 91.54 | 915.37 | 915.37 | 0.00 | 0.00 |
| ARNOLD HARRIS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ASSET RECOVERY/AIMCO FCO | Unsecured | 2,685.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECEIVABLE/COMED | Unsecured | 2,005.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 37.93 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY/ORAL MAXILLO | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COLLECT SYS/SOUTH SUBURBAN H( | Unsecured | 5,442.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL/MEA | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL/MEA | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES C | Unsecured | 379.51 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL INC | Unsecured | 20.06 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP/WOW | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CREDIT MANAGEMENT LP/COMCAST | Unsecured | 549.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B/ST JAME | Unsecured | 1,623.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CO/SUB EMERGENCY F | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 113.47 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP/SPRIN | Unsecured | 21.89 | NA | NA | 0.00 | 0.00 |
| FAIR COLLECTIONS AND OUT/CENTI | Unsecured | 2,686.00 | NA | NA | 0.00 | 0.00 |
| FOREVER CONSTRUCTION | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| PLS LOAN STORE | Unsecured | 168.15 | NA | NA | 0.00 | 0.00 |
| NCOFIN/ILL STATE TOLL HWY AUTH | Unsecured | 2,495.00 | NA | NA | 0.00 | 0.00 |
| NTL ACCT SRV/FIFTH THIRD BANK | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT/NORTH SHORE GAS | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| AARONS SALES AND LEASE | Unsecured | 2,134.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 767.69 | NA | NA | 0.00 | 0.00 |
| INGALLS HOSPITAL | Unsecured | 378.72 | NA | NA | 0.00 | 0.00 |
| JUPITER COMMUNITIES | Unsecured | 1,812.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC/VILLAGE OF HAZEL CREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT/TMOBILE | Unsecured | 687.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY/COMCAST | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| TATE AND KIRLIN/EMP OF COOK CO | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| UNITED AIR ECU | Unsecured | 8,051.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FLOSSMOOR | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| VINTO CASH/AMERICASH LOANS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN ILLINOIS HOSPITAL | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| WOW DIGITAL CABLE | Unsecured | 220.14 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 699.00 | 699.19 | 699.19 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 687.45 | 452.66 | 452.66 | 0.00 | 0.00 |
| WAUKEGAN LOAN MANAGEMENT | Unsecured | NA | 1,290.08 | 1,290.08 | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,598.40 | $2,155.35 | $390.65 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,598.40** | **$2,155.35** | **$390.65** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $879.51 | $879.51 | $0.00 |
| **TOTAL PRIORITY:** | **$879.51** | **$879.51** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$39,675.95** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,054.49 |
| Disbursements to Creditors | $3,425.51 |
| **TOTAL DISBURSEMENTS :** | **$4,480.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/09/2017            By: /s/ Glenn Stearns
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**